IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| SHAWN EUGENE-CORNELL GREEN | : | NO. 20-00049 |

### ORDER

**AND NOW**, this 28th day of January 2022, upon consideration of the information and following a bench trial held on September 9, 2021, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Clerk of Court is directed to enter a **JUDGMENT** of guilty on Count One.

2. The Clerk of Court is directed to enter a **JUDGMENT** of guilty on Count Two.

**IT IS SO ORDERED**.

BY THE COURT:

 /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge